UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MANUEL LUNA             CIVIL ACTION

VERSUS

18-530-SDD-EWD

DEBUSK SERVICES
GROUP, LLC, ET AL.

### RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated September 24, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[3] is DENIED and this matter is referred the Magistrate Judge for a Scheduling Conference.

Signed in Baton Rouge, Louisiana on October 18, 2018.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-4.
[2] Rec. Doc. 8.
[3] Rec. Doc. 4.